# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2845
_____

ALBERT F. ORAM JR., Husband,

Appellant,

v.

STEPHANIE S. ORAM, Wife,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

October 29, 2019

PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Albert F. Oram, Jr., pro se, Appellant.

Ann Meador and Travis R. Johnson of Meador & Johnson, P.A., Pensacola, for Appellee.